IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROSINA MARIE PAGE and      )
JERCKARRA PAGE,            )
                           )
       Plaintiff,          )
                           )
    v.                     )     1:12CV900
                           )
SELECT PORTFOLIO SERVICING,)
INC., US NATIONAL BANK     )
ASSOCIATION, and JOHN AND  )
JANE DOES 1-25,            )
                           )
       Defendants.         )
```

**ORDER**

This matter is before this court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on August 30, 2013, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 15.) In the Recommendation, the Magistrate Judge recommends that the Defendants' Motion to Dismiss under Rule 12(b)(6) for failure to state a claim be granted.

The Recommendation was served on the parties to this action on August 30, 2013. Plaintiff Jerckaara Page filed objection to the Recommendation on September 16, 2013. (Doc. 17.) The objection as filed only appears to object to the authority of

the Magistrate Judge to enter the recommendation or, alternatively, is only a general objection.

Nevertheless, this court has made "a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 15) is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 2) is **GRANTED** and that this action is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of September, 2013.

/s/ William L. Osteen, Jr.
United States District Judge